**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re: John Skippings         Case No:   18-21683 AJC
    Debtor  /         Chapter 13


**NOTICE OF WITHDRAWAL OF OBJECTION**
**TO CLAIM NO. 4 OF  RIVERWOOD  CONDOMINIUM  ASSOCIATION (DE33)**

Debtor gives notice of withdrawal of her Objection to Claim No. 4 of Riverwood Condominium Association, (DE33).

                LEGAL SERVICES OF GREATER
                MIAMI, INC.
                By   /s/
                Carolina A. Lombardi
                Florida Bar No.  241970
                Attorney for Debtor
                4343 West Flagler Street Suite 100
                Miami, FL 33134
                Telephone and Facsimile: (305) 438-2427
                Email: **CLombardi@legalservicesmiami.org**
                Alt: **SFreire@legalservicesmiami.org**