**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:   JOHN SKIPPINGS,                                Case No.18-21683-AJC
                                                        Chapter 13
         Debtor(s) .
_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

Pursuant to Local Rule 9013-1, debtor John Skippings moves the Court to modify his Chapter 13 Plan, and in support of the motion states:

1. On January 1, 2020, debtor's monthly maintenance to Riverwood Condominium Association was increased to $544.16.

2. Debtor's Second Amended Plan had debtor paying $715.00 as his regular monthly maintenance. However, that sum included a special assessment of $248.00 which was for a roof special assessment and pursuant to the condominium management office, that special assessment has been paid in full as of June 2020.

3. Debtor moves to modify his Plan to comply with these changes.

Respectfully submitted,
LEGAL SERVICES OF GREATER
MIAMI, INC.

By _____/s/_____
Carolina A. Lombardi
Florida Bar No.  241970
Attorney for Debtor
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Fax: (305) 438-2427
Email:  clombardi@legalservicesmiami.org
Alt. email: sfreire@legalservicesmiami.org