**Fill in this information to identify the case:**

Debtor 1: JOHN M. SKIPPINGS

Debtor 2 (Spouse, if filing): _____

United States Bankruptcy Court for the: Southern District of Florida

Case number: 18-21683-AJC

---

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Riverwood Condominium Association, Inc.

**Court claim no.** (if known): 4

**Last 4 digits** of any number you use to identify the debtor's account: 3 0 2

**Date of payment change:** Must be at least 21 days after date of this notice — 08/01/2020

**New total payment:** Principal, interest, and escrow, if any — $ 544.16

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

☑ No
☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

Current escrow payment: $ _____   New escrow payment: $ _____

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

☑ No
☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

Current interest rate: _____%   New interest rate: _____%

Current principal and interest payment: $ _____   New principal and interest payment: $ _____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

☐ No
☑ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (Court approval may be required before the payment change can take effect.)

Reason for change: Increase in condo budget for 2020

Current mortgage payment: $ 515.47   New mortgage payment: $ 544.16

---

Official Form 410S1 — Notice of Mortgage Payment Change — page 1

Debtor 1  JOHN M. SKIPPINGS
First Name   Middle Name   Last Name

Case number (if known) 18-21683-AJC

**Part 4:  Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✗ Charles F. Otto, Esq.
Signature

Date  06/30/2020

Print:  Charles F. Otto
First Name   Middle Name   Last Name

Title  Attorney for Creditor

Company  Straley | Otto

Address  2699 Stirling Road, Suite C-207
Number   Street

Fort Lauderdale    FL    33312
City    State    ZIP Code

Contact phone  954-962-7367

Email  cfo@straleyotto.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(Miami Division)

In re:                                             Chapter 13

JOHN M. SKIPPINGS,                                 Case No. 18-21683-BKC-AJC

    Debtor.
_____/

## CERTIFICATE OF SERVICE

I certify that a true copy of the Notice of Mortgage Payment Change appended hereto was served upon those parties set forth on the attached service list on June 30, 2020, as follows:

The following persons/entities were noticed via NEF:

Carolina A. Lombardi, Esq.
Nancy K. Neidich, Trustee

The following persons/entities were noticed via U.S. mail:

John M. Skippings, 19208 N.E. 25th Avenue, #302, Miami, FL 33180

                                                                       /s/
                                        CHARLES F. OTTO, ESQ.
                                        Fla. Bar No. 55591
                                        E-mail: cfo@straleyotto.com
                                        STRALEY | OTTO
                                        2699 Stirling Road, Suite C-207
                                        Fort Lauderdale, Florida 33312
                                        Telephone: 954/962-7367
                                        Facsimile: 954/962-7423
                                        Attorneys for Creditor