**UNITED STATES BANKRUPTCY COURT**
**MIAMI**
**SOUTHERN DISTRICT OF FLORIDA DIVISION**

CASE NO.: 18-21683-BKC-AJC
PROCEEDING UNDER CHAPTER 13

IN RE:

JOHN M SKIPPINGS

DEBTOR_____/

### REPORT OF NON-COMPLIANCE WITH LOCAL RULE 3070-1(B)

Nancy K. Neidich, Esquire, Standing Chapter 13 Trustee in the above matter, reports to this Court as follows:

1. The Debtor, pursuant to Local Rule 3070-1(B) was to be current in all payments under the confirmed Chapter 13 Plan on or before **May 30, 2022**. The Debtor did not comply with the said order.

2. Accordingly, the Trustee reports that this case should be dismissed.

**WHEREFORE**, the Trustee reports these facts to the Court for appropriate action.
**RESPECTFULLY SUBMITTED** this 21st day of July, 2022.

*/s/ Nancy K. Neidich*
NANCY K. NEIDICH, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 279806
MIRAMAR, FL 33027-9806

CC: JOHN M SKIPPINGS
    CHRISTINA SCOTT, ESQUIRE