United States Bankruptcy Court

Southern District of Florida

In re:  Case No. 18-21683-AJC
John M Skippings  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 113C-1 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 22, 2022 | Form ID: CGFD44 | Total Noticed: 12 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | John M Skippings, 19208 NE 25 Avenue # 302, Miami, FL 33180-3217 |
| 94721050 | + | Riverwood Condominium Association, c/o Daniel A Weber, Esquire, Straley Otto, 2699 Stirling Road #C-207, Fort Lauderdale, FL 33312-6541 |
| 94799165 | + | Riverwood Condominium Association, Inc., c/o Charles F. Otto, Esq., 2699 Stirling Road, Suite C-207, Fort Lauderdale, FL 33312-6541 |
| 94788783 | | Southern Auto Finance Company c/o Peritus Portfoli, P.O. BOX 141419, Irving, TX 75014-1419 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: FLDEPREV.COM | Jul 23 2022 02:38:00 | Florida Department of Revenue, POB 6668, Bankruptcy Division, Tallhassee, FL 32314-6668 |
| ust | + | Email/Text: USTPRegion21.MM.ECF@usdoj.gov | Jul 22 2022 22:53:00 | Office of the US Trustee, 51 S.W. 1st Ave., Suite 1204, Miami, FL 33130-1614 |
| cr | + | Email/Text: RASEBN@raslg.com | Jul 22 2022 22:52:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FO, Robertson, Anschutz & Schneid, P.L., 6409 Congress Ave., Suite 100, Boca Raton, FL 33487-2853 |
| 94787252 | + | EDI: LCIPHHMRGT | Jul 23 2022 02:38:00 | DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE, Attn: Cashiering Department, 1661 Worthington Road, Ste 100, West Palm Beach, FL 33409-6493 |
| 94721049 | + | EDI: LCIPHHMRGT | Jul 23 2022 02:38:00 | Ocwen Loan Servicing LLC, P.O. Box 24738, West Palm Beach, FL 33416-4738 |
| 94742679 | + | Email/Text: legal@gosafco.com | Jul 22 2022 22:52:00 | SAFCO, 6700 N. Andrews Avenue, Suite 500, Fort Lauderdale, FL 33309-2199 |
| 94721051 | + | EDI: CBSMASON | Jul 23 2022 02:38:00 | Stoneberry, PO Box 2820, Monroe, WI 53566-8020 |
| 94758179 | + | EDI: CBSMASON | Jul 23 2022 02:38:00 | Stoneberry, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

TOTAL: 8

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Riverwood Condominium Association, Inc., c/o Charles F. Otto, Esq., 2699 Stirling Road, Suite C-207, Fort Lauderdale, FL 33312-6541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

District/off: 113C-1 | User: admin | Page 2 of 2
Date Rcvd: Jul 22, 2022 | Form ID: CGFD44 | Total Noticed: 12

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 24, 2022    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 22, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Charles F Otto | on behalf of Creditor Riverwood Condominium Association  Inc. cfo@straleyotto.com |
| Christina Candace Scott | on behalf of Debtor John M Skippings cscott@legalservicesmiami.org |
| Christopher P Salamone | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FM2 csalamone@raslg.com, csalamone@raslg.com |
| Nancy K. Neidich | e2c8f01@ch13miami.com  ecf2@ch13miami.com |
| Office of the US Trustee | USTPRegion21.MM.ECF@usdoj.gov |

TOTAL: 5

CGFD44 (4/23/19)



**ORDERED in the Southern District of Florida on July 22, 2022**

_A. Jay Cristol_
**A. Jay Cristol**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 18−21683−AJC**
**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

John M Skippings
aka John McDonald Skippings
19208 NE 25 Avenue # 302
Miami, FL 33180

SSN: xxx−xx−3949

### ORDER DISMISSING CASE PURSUANT TO TRUSTEE'S REPORT OF NON−COMPLIANCE BY DEBTOR WITH POST CONFIRMATION PLAN

    As provided under Local Rule 3070−1(C)(2)(c), a Report of Non−Compliance by Debtor with Plan Payments has been filed by the trustee in this case indicating that the debtor was served by the trustee with a notice of delinquency which established a deadline for the debtor to become current with plan payments and that the debtor has failed to meet this deadline.

    Accordingly, it is

**ORDERED** that:

*Page 1 of 2*

1. This case is dismissed.

2. All pending motions are denied as moot.

3. The trustee shall file a final report prior to the administrative closing of the case.

4. (If applicable) the debtor shall immediately pay to the Clerk, U.S. Court, C. Clyde Atkins United States Courthouse, 301 North Miami Avenue, Room 150, Miami, FL 33128, **$0.00** for the balance of the filing fee as required by Local Rule 1017–2(E). Any funds remaining with the trustee shall be applied to this balance and the trustee must dispose of any funds in accordance with the Bankruptcy Code and Local Rule 1017–2(F), unless otherwise ordered by the court. The court will not entertain a motion for reconsideration of this order unless all unpaid fees are paid at the time the motion is filed.

5. A motion to rehear, reconsider, or reinstate a dismissed case must be filed in accordance with the requirements of Local Rule 9013–1(E).

6. In accordance with Local Rule 1002–1(B)(1), the clerk of court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor if the refiling violates a prior order of the court or if the petition is accompanied by an Application to Pay Filing Fee in Installments and filing fees remain due from any previous case filed by the debtor.

The clerk of court shall serve a copy of this order on all parties of record.

*# # #*