**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: John M. Skippings                                            Case No.   18-21683-AJC
                                                                    Chapter 13

_____ Debtor/

**<u>DEBTOR'S MOTION TO REINSTATE CHAPTER 13 CASE</u>**

Debtor, John M. Skippings, by and through undersigned counsel, moves the Court to Reinstate his Chapter 13 Bankruptcy Case and in support thereof states:

1.      Debtor filed his Voluntary Petition for Chapter 13 bankruptcy petition on September 24, 2018.

2.      This Court entered an Order confirming the Debtor's Eighth Modified Plan (ECF No. 87) on January 8, 2021. See ECF No. 93.

3.      On July 22, 2022, this Court entered an Order dismissing this Chapter 13 proceeding due to the Debtor's failure to remain current on Chapter 13 Plan payments. See ECF No. 98.

4.      Since the time that this case was dismissed, the Debtor has deposited funds into the trust account of undersigned counsel which are sufficient to bring the Debtor current and complete his payment obligations under his confirmed Chapter 13 Plan.

5.      The Debtor respectfully requests the Court reinstate his dismissed case so that he can complete his bankruptcy, obtain an Order of Discharge, and save his home from foreclosure.

<u>CERTIFICATION OF FUNDS IN TRUST ACCOUNT</u>

Pursuant to Local Rule 9013-1(E), undersigned counsel hereby certifies that the Debtor has tendered all funds required to be paid under the confirmed Plan to bring the Plan current as of the date of this Motion and that said funds are in undersigned counsel's trust account.

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI, INC.
Attorneys for Debtor
4343 West Flagler Street, Suite 100
Miami, Florida 33134
Mbayard@legalservicesmiami.org
Telephone/ Facsimile: (305) 438-2413
   /s/   *Matt Bayard*
Matt Bayard, Esq.
Florida Bar No.: 0032209