UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: John M. Skippings					Case No.   18-21683-AJC
							Chapter 13

_____ Debtor/

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 27, 2022 true and correct copies of the Motion to Reinstate Case (ECF No. 100) and Notice of Hearing on Motion to Reinstate Case (ECF No. 101) were served as follows:

*by CM/ECF on July 27, 2022:*

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles F Otto on behalf of Creditor Riverwood Condominium Association, Inc.
cfo@straleyotto.com

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FM2
csalamone@raslg.com, csalamone@raslg.com

*By First Class Mail on July 27, 2022 to:*

Stoneberry
c/o Creditors Bankruptcy Services
P.O. Box 800849
Dallas, TX  75380

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
Attn: Cashiering Department
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Southern Auto Finance Company c/o Pertitus Portfoli
PO BOX 141419
Irving, TX 7501401419

Riverwood Condominium Association Inc.
c/o Charles Otto, Esq.
2699 Stirling Road

Suite C-207  
Fort Lauderdale, FL 33312

        Respectfully submitted,

        LEGAL SERVICES OF GREATER MIAMI

        By _____/s/_____  
        Matt Bayard Esq.  
        Florida Bar No. 0032209  
        Attorney for Debtor  
        4343 West Flagler Street, Ste. 100  
        Miami, FL 33134  
        Telephone/Fax: (305) 438-2413  
        Email:  mbayard@legalservicesmiami.org