# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In Re: John M. Skippings                     Case No.  18-21683-AJC
                                              Chapter 13

_____ Debtor/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Order Reinstating Case (ECF No. 104) were served as follows:

***by CM/ECF on September 1, 2022:***

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles F Otto on behalf of Creditor Riverwood Condominium Association, Inc.
cfo@straleyotto.com

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FM2
csalamone@raslg.com, csalamone@raslg.com

***By First Class Mail on September 1, 2022 to:***

Stoneberry
c/o Creditors Bankruptcy Services
P.O. Box 800849
Dallas, TX  75380

DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE
Attn: Cashiering Department
1661 Worthington Road, Ste 100
West Palm Beach, FL 33409

Southern Auto Finance Company c/o Pertitus Portfoli
PO BOX 141419
Irving, TX 75014-1419

Riverwood Condominium Association Inc.
c/o Charles Otto, Esq.
2699 Stirling Road
Suite C-207
Fort Lauderdale, FL 33312

Respectfully submitted,

LEGAL SERVICES OF GREATER MIAMI

By _____/s/_____
Matt Bayard Esq.
Florida Bar No. 0032209
Attorney for Debtor
4343 West Flagler Street, Ste. 100
Miami, FL 33134
Telephone/Fax: (305) 438-2413
Email:  mbayard@legalservicesmiami.org

2