**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: John M. Skippings                                    Case No.   18-21683-AJC
                                                            Chapter 13

_____ Debtor/

## DEBTOR'S MOTION TO DEEM PAYMENTS TO CONDOMINIUM ASSOCIATION CURRENT

Debtor John M. Skippings, by and through undersigned counsel, moves this Court for an Order deeming that post-petition payments to Riverwood Condominium Association Inc. (the "Association") to be current through the completion of Debtor's Chapter 13 plan period, and as grounds therefore states:

1. Debtor filed his Voluntary Petition for Chapter 13 bankruptcy on September 24, 2018.

2. On or around November 15, 2018, Creditor Riverwood Condominium Association Inc. filed its Proof of Claim [Claim No. 4-1] alleging that the total amount of condominium fee arrears owed by the Debtor was $14,864.11.

3. The Debtor's Eighth Modified Chapter 13 Plan proposed to cure all of the past-due condominium fee arrears owed to the Association ($14,864.11) while maintaining payments for the ongoing monthly condominium fees and special assessments that became due during the life the plan [ECF No. 87].

4. The Debtor's Eighth Modified Plan also provided for the change in ongoing monthly condominium fees as noticed by the Association in its Notice of Payment Change filed at ECF No. 68.

5. The Debtor's Eighth Modified Plan was confirmed by Order of this Court on January 8,

2021 [ECF No. 93]. Riverwood Condominium Association Inc. did not object to its treatment within the Debtor's Eighth Modified Plan.

6.     On September 26, 2022, the Chapter 13 Trustee issued a Notice of Plan Completion confirming that all payments required under the Debtor's Eighth Modified Plan had been received by the Trustee (ECF No. 107). This Notice states, "The Chapter 13 Trustee has verified the Debtor in the above-referenced Chapter 13 case has completed payments under the confirmed plan."

7.     On October 4, 2022, Debtor filed his Motion for Issuance of Discharge and Notice of Deadline to Object (ECF No. 110).

WHEREFORE, The Debtor requests that this Court enter an Order which deems him to be current on his payments to the Association through the end of his Chapter 13 Plan period and provides all other relief which this Court deems just and proper.

                                        LEGAL SERVICES OF GREATER MIAMI, INC.

                                        BY     /s/
                                        Matt Bayard Esq.
                                        Florida Bar No. 32209
                                        Attorney for Debtor
                                        4343 W. Flagler Street, Suite 100
                                        Miami, Florida  33134
                                        Telephone: (305) 438-2413
                                        Mbayard@legalservicesmiami.org