**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In Re: John M. Skippings                                    Case No.   18-21683-AJC
                                                            Chapter 13

_____ Debtor/

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the Debtor's Motion to Deem Payments to Condominium Association Current (ECF No. 112) and Notice of Hearing (ECF No. 113) were served as follows:

*by CM/ECF on October 14, 2022:*

Nancy K. Neidich
e2c8f01@ch13miami.com, ecf2@ch13miami.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Charles F Otto on behalf of Creditor Riverwood Condominium Association, Inc.
cfo@straleyotto.com

Christopher P Salamone on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR GSAMP TRUST 2007-FM2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-FM2
csalamone@raslg.com, csalamone@raslg.com

*By First Class Mail on October 14, 2022 to:*

Riverwood Condominium Association Inc.
c/o Registered Agent Straley & Otto, P.A.
2699 Stirling Road
Suite C-207
Fort Lauderdale, FL 33312

                                        Respectfully submitted,

                                        LEGAL SERVICES OF GREATER MIAMI
                                        By _____/s/_____
                                            Matt Bayard Esq.
                                            Florida Bar No. 0032209
                                            Attorney for Debtor
                                            4343 West Flagler Street, Ste. 100
                                            Miami, FL 33134
                                            Telephone/Fax: (305) 438-2413
                                            Email:  mbayard@legalservicesmiami.org