

**ORDERED in the Southern District of Florida on November 16, 2022.**

_____
A. Jay Cristol, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**
www.flsb.uscourts.gov

| | |
|---|---|
| In Re: John M. Skippings | Case No. 18-21683-AJC |
| | Chapter 13 |

_____ /

**AGREED ORDER ON DEBTOR'S MOTION TO DEEM PAYMENTS TO CONDOMINIUM ASSOCIATION CURRENT**

THIS CAUSE came to be heard on the Debtor's Motion to Deem Payments to Condominium Association Current [ECF No. 112]. Being duly advised in the premises, the Court **ORDERS** as follows:

1. The Motion is GRANTED. Debtor John M. Skippings is deemed to be current on all payments due to creditor Riverwood Condominium Association Inc. (the "Association") through the end of the Chapter 13 plan period, which is through and including the month of July 2022.

2. All payments that have been made after July 2022 by the Debtor directly to the Association shall be applied in accordance with applicable law.

###

Submitted by: Matt Bayard Esq.

Attorney Matt Bayard Esq. is directed to serve a conformed copy of this Order on all interested parties immediately upon receipt hereof and to file a certificate of service.